IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-00734-CNS-STV

**Plaintiff:**

JOYVIDA, LLC, a Colorado limited liability company, D/B/A AMADA SENIOR CARE

**v.**

**Defendants:**

VGM INSURANCE SERVICES, INC., a foreign corporation; UNITED SPECIALTY INSURANCE COMPANY, a foreign corporation; FEDERAL INSURANCE COMPANY, a foreign corporation; and HR SERVICES GROUP, LLC D/B/A/ INIFINTIHR, a foreign company.

**NOTICE OF SETTLEMENT WITH VGM INSURANCE SERVICES, INC. AND UNITED SPECIALTY INSURANCE COMPANY ONLY**

This Court is hereby on notice that all claims brought by Plaintiff Joyvida, LLC, d/b/a Amada Senior Care (hereinafter "Joyvida"), against Defendants VGM Insurance Services, Inc. ("VGM") and United Specialty Insurance Company ("USIC"), have been resolved. Plaintiff Joyvida and Defendant VGM and USIC have reached a settlement agreement for all pending claims. The parties anticipate filing a Stipulated Motion to Dismiss VGM and USIC Only with Prejudice within forty-five (45) days.  Each party will bear their own attorneys' fees and costs. This settlement does not affect Plaintiff Joyvida's claims against any other parties to this action.

///


///

Dated at this 25th day of April, 2023.

          /s/Ryan T. Earl
          Ryan T. Earl
          Earl and Earl, PLLC
          1259 Lake Plaza Drive, Suite 230
          Colorado Springs, Colorado 80906
          719-900-2500
          ryan@earlandearl.com
          Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of April, 2023 I electronically filed the forgoing NOTICE OF SETTLEMENT WITH VGM INSURANCE SERVICES, INC. AND UNITED SPECIALTY INSURANCE COMPANY ONLY using the CM/ECF system which will send notification to the following:

Christopher S. Clemenson
Cozen O'Connor
**cclemenson@cozen.com**
Attorney for Federal Insurance Company

Marilyn S. Chappell
Gordon Rees Scully Mansukhani, LLP
**mchappell@grsm.com**
Attorneys for VGM Insurance Services, Inc. & United Specialty Insurance Company

Sandy Eloranto
Lily E. Nierenberg
**seloranto@suttonbooker.com**
**lnierenberg@suttonbooker.com**
Sutton Booker
Attorneys for HR Services Group, LLC d/b/a InfinitiHR

*/s/Kathy Coburn*____
Kathy Coburn
Paralegal for Earl & Earl, PLLC