### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00734-CNS-SP

JOYVIDA, LLC, a Colorado limited liability company, D/B/A AMADA SENIOR CARE,

    Plaintiff,

v.

VGM INSURANCE SERVICES, INC., a foreign corporation, UNITED SPECIALTY INSURANCE COMPANY, a foreign corporation; FEDERAL INSURANCE COMPANY, a foreign corporation; and HR SERVICES GROUP, LLC D/B/A INIFINTIHR, a foreign company.

    Defendants.

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST VGM INSURANCE SERVICES, INC. AND UNITED SPECIALTY INSURANCE COMPANY

Plaintiff JoyVida, LLC, d/b/a Amada Senior Care, and Defendants VGM Insurance Services, Inc. ("VGM") and United Specialty Insurance Company ("USIC"), through their respective undersigned counsel, hereby stipulate and move pursuant to Fed. R. Civ. P. 41(a)(2) that all claims brought in this action by Plaintiff against VGM and/or USIC are dismissed WITH PREJUDICE, with each party to pay its own attorneys' fees and costs. This Motion does not affect Plaintiff's claims against any other party to this action.

Respectfully submitted the 17th day of May 2023.

                                           *s/Ryan T. Earl*
                                           Ryan T. Earl
                                           EARL AND EARL, PLLC
                                           1259 Lake Plaza Drive, Suite 230
                                           Colorado Springs, Colorado 80906
                                           ryan@earlandearl.com
                                           ATTORNEYS FOR PLAINTIFF

<u>s/Marilyn S. Chappell</u>
Marilyn S. Chappell
GORDON REES SCULLY MANSUKHANI LLP
555 Seventeenth Street, Suite 3400
Denver, CO 80202
mchappell@grsm.com

ATTORNEYS FOR DEFENDANTS VGM
INSURANCE SERVICES, INC. and UNITED
SPECIALTY INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2023, a true and accurate copy of the foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to the following:

Ryan T. Earl, Esq.
EARL & EARL, PLLC
1259 Lake Plaza Drive, #230
Colorado Springs, CO 80906
*ryan@earlandearl.com*

Sandy Eloranto
Lily E. Nierenberg
SUTTON | BOOKER P.C.
4949 S. Syracuse, Suite 500
Denver, CO 80237
*seloranto@suttonbooker.com*
*lnierenberg@suttonbooker.com*

Christopher S. Clemenson
COZEN O'CONNOR
707 17th St., Suite 3100
Denver, CO 80202
*cclemenson@cozen.com*

                                           *s/ Linda S. Montoya*
                                           for Gordon Rees Scully Mansukhani LLP