IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-00734-CNS-SP

**Plaintiff:**

JOYVIDA, LLC, a Colorado limited liability company, D/B/A AMADA SENIOR CARE

v.

**Defendants:**

VGM INSURANCE SERVICES, INC., a foreign corporation; UNITED SPECIALTY INSURANCE COMPANY, a foreign corporation; FEDERAL INSURANCE COMPANY, a foreign corporation; HR SERVICES GROUP, LLC D/B/A/ INIFINTIHR, a foreign company.

_____

### NOTICE OF SETTLEMENT
_____

COME NOW Defendant Federal Insurance Company ("Federal") and Plaintiff Joyvida, LLC ("Joyvida"), by and through their respective undersigned counsel of record, and notify the Court that they have reached a settlement of all claims between them.  Federal and Joyvida request 45 days to draft the settlement documents and complete the settlement terms at which point Joyvida will file a notice of dismissal of its claims against Federal.

Joyvida's claims against Defendant HR Services Group, LLC d/b/a InfinitiHR have not been resolved and remain pending.

Dated: June 26, 2023

Respectfully submitted,

COZEN O'CONNOR

By: */s/ Christopher S. Clemenson*
Christopher S. Clemenson
Cozen O'Connor
707 17th St., Suite 3100
Denver, CO  80202
Phone:  (720) 479-3900
cclemenson@cozen.com

*Attorneys for Federal Insurance Company*

EARL AND EARL, PLLC

By: */s/ Ryan T. Earl*
Ryan T. Earl
Earl and Earl, PLLC
1259 Lake Plaza Drive, Suite 230
Colorado Springs, Colorado 80906
719-900-2500
ryan@earlandearl.com

*Attorney for Plaintiff*

3

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically through the CM/ECF system on June 26, 2023, which will provide notice to all counsel of record.

By: */s/ Bernadette Marquez*
Bernadette Marquez

LEGAL\64360143\2