IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-00734

**Plaintiff:**

JOYVIDA, LLC, a Colorado limited liability company, D/B/A AMADA SENIOR CARE

v.

**Defendants:**

VGM INSURANCE SERVICES, INC., a foreign corporation; UNITED SPECIALTY INSURANCE COMPANY, a foreign corporation; FEDERAL INSURANCE COMPANY, a foreign corporation; HR SERVICES GROUP, LLC D/B/A/ INIFINTIHR, a foreign company.

## NOTICE OF SETTLEMENT

This Court is hereby put on notice that all claims brought by Plaintiff Joyvida, LLC d/b/a Amada Senior Care against HR Service Group, LLC d/b/a InfinitiHR in this case have been resolved. Plaintiff Joyvida, LLC d/b/a Amada Senior Care by and through their counsel, Ryan T. Earl of Earl & Earl, PLLC and Defendant HR Service Group, LLC d/b/a InfinitiHR by and through their attorney Lily Nierenberg of Sutton Booker, P.C., have reached a settlement agreement for all pending claims. The parties anticipate filing a stipulation for dismissal with prejudice within forty-five (45) days, up to and including September 15, 2023. Each party will bear its own costs and attorney's fees.

Dated at Colorado Springs, Colorado this 2nd day of August 2023.

///

///

*/s/Ryan T. Earl*
Ryan T. Earl
Earl and Earl, PLLC
1259 Lake Plaza Drive, Suite 230
Colorado Springs, Colorado 80906
719-900-2500
ryan@earlandearl.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of August, 2023 I served a true and correct copy of the foregoing to the following email addresses:

Sandy Eloranto
Lily E. Nierenberg
**Sutton | Booker, P.C.**
4949 S. Syracuse, Suite 500
Denver, CO 80237
Phone: (303) 730-6204
seloranto@suttonbooker.com
lnierenberg@suttonbooker.com
**Attorneys for HR Services Group, LLC d/b/a InfinitiHR**

 

                                                                              */s/Kathy Coburn*____
                                                                              Kathy Coburn
                                                                              Paralegal for Earl & Earl, PLLC