IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-00734-CNS-SBP

**JOYVIDA, LLC, a Colorado limited liability company, d/b/a AMADA SENIOR CARE**,

    Plaintiff,

v.

**VGM INSURANCE SERVICES, INC., a foreign corporation; UNITED SPECIALTY INSURANCE COMPANY, a foreign corporation; FEDERAL INSURANCE COMPANY, a foreign corporation; HR SERVICES GROUP, LLC D/B/A/ INIFINTIHR, a foreign company.**,

    Defendants.

---

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
---

The Plaintiff, Joyvida, LLC, A Colorado Limited Liability Company, d/b/a Amada Senior Care, and Defendant HR Services Group, LLC d/b/a InfinitiHR, LLC, by and through their attorneys of record, hereby stipulate and agree that all claims that were brought and all claims which could have been brought against HR Services Group, LLC d/b/a InfinitiHR, LLC are dismissed WITH PREJUDICE, all claims between Plaintiff and HR Services Group, LLC d/b/a InfinitiHR, LLC, having been amicably resolved, the parties to pay their own fees and costs.

Respectfully submitted this 15th day of August, 2023.

| | |
|---|---|
| /s/__Ryan T. Earl_____ | /s/  Lily Nierenberg_____ |
| Ryan T. Earl | Sandy Eloranto |
| Earl & Earl, PLLC | Lily E. Nierenberg |
| 1259 Lake Plaza Drive, Ste 230 | Sutton \| Booker P.C. |
| Colorado Springs, CO 80906 | 4949 S. Syracuse, Suite 500 |
| | Denver, Colorado 80237 |
| | Telephone:  303-730-6204 |

| | |
|---|---|
| Telephone: 719-900-2500 | Facsimile: 303-730-6208 |
| Facsimile: 719-269-8832 | E-Mail: seloranto@suttonbooker.com |
| E-mail: ryan@earlandearl.com | lnierenberg@suttonbooker.com |
| *Attorney for Plaintiff* | *Attorney for Defendant, HR Services Group, LLC d/b/a InfinitiHR, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2023, I electronically filed a true and correct copy of the above and foregoing Stipulated Motion for Dismissal With Prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/   *Lily Nierenberg*

2