IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-00734

**Plaintiff:**

JOYVIDA, LLC, a Colorado limited liability company, D/B/A AMADA SENIOR CARE

v.

**Defendants:**

VGM INSURANCE SERVICES, INC., a foreign corporation; UNITED SPECIALTY INSURANCE COMPANY, a foreign corporation; , FEDERAL INSURANCE COMPANY, a foreign corporation; HR SERVICES GROUP, LLC D/B/A/ INIFINTIHR, a foreign company;

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Joyvida, LLC d/b/a Amada Senior Care and Defendant Federal Insurance Company, by and through their attorneys of record, hereby stipulate and agree that all claims that were brought against Federal Insurance Company are dismissed with prejudice. All claims between Plaintiff and Federal Insurance Company have been resolved with the parties to pay their own fees and costs. All other defendants have been dismissed from this matter.

Dated at Colorado Springs, Colorado this 19th day of September 2023.

| **EARL AND EARL, PLLC** | **COZEN O'CONNOR** |
|---|---|
| */s/Ryan T. Earl* | */s/Christopher Clemenson* |
| Ryan T. Earl | Christopher Clemenson |
| 1259 Lake Plaza Drive, Suite 230 | 707 17th Street, Suite 3100 |
| Colorado Springs, Colorado 80906 | Denver, CO 80202 |
| Phone: 719-900-2500 | Phone: 720-479-3894 |
| ryan@earlandearl.com | cclemenson@cozen.com |
| Attorney for Plaintiff | Attorney for Federal Insurance Company |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September, 2023 I filed a true and correct copy of the foregoing Stipulated Motion to Dismiss with Prejudice with the Clerk of the Court through the CM/ECF system with notification to the following:

Christopher S. Clemenson
**Cozen O'Connor**
707 17th Street, Suite 3100
Denver, CO 80202
Phone: 720-479-3894
cclemenson@cozen.com
**Attorney for Federal Insurance Company**

Sandy Eloranto
Lily E. Nierenberg
**Sutton | Booker, P.C.**
4949 S. Syracuse, Suite 500
Denver, CO 80237
Phone: (303) 730-6204
seloranto@suttonbooker.com
lnierenberg@suttonbooker.com
**Attorneys for HR Services Group, LLC d/b/a InfinitiHR**

                                                    */s/Kathy Coburn*
                                                    Kathy Coburn
                                                    Paralegal for Earl & Earl, PLLC